USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LAURENCE SPIEGEL,

                          Plaintiff,

      -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE CO.,

                        Defendant.
------------------------------------------------------------x

09 Civ. 10581 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

      For the reasons set forth on the record today, it is HEREBY ORDERED that defendant's motion for summary judgment (Dkt. No. 12) is DENIED and plaintiff's cross motion for summary judgment (Dkt. No. 23) is GRANTED.

Dated: New York, New York
       March 31, 2011

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.