UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAURENCE SPIEGEL,

                            Plaintiff,        Civil Action No. 09 Civ. 10581 (SHS)

    -against-

                                              **NOTICE OF MOTION FOR**
HARTFORD LIFE AND ACCIDENT             **RECONSIDERATION**
INSURANCE COMPANY
                            Defendant.      DOCUMENT
                                              <u>ELECTRONICALLY FILED</u>
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support Of Defendant's Motion for Reconsideration of the Court's Summary Judgment Order dated March 31, 2011, the Declaration of Michael H. Bernstein dated April 14, 2011, and the pleadings and motion papers filed heretofore, the defendant, Hartford Life and Accident Insurance Company ("Hartford"), by its attorneys, Sedgwick, Detert, Moran & Arnold LLP, will move this Court at a date and time to be scheduled by the Court or as soon thereafter as counsel can be heard, before the Hon. Sidney H. Stein, U.S.D.J. at the United States Courthouse, Southern District of New York located at 500 Pearl Street, New York, New York for an Order pursuant to Rule 6.3 of the Local Rules of the United States District Court for the Southern District of New York granting Reconsideration of this Court's Order dated March 31, 2011 granting the Plaintiff's Cross-Motion for Summary Judgment, denying Hartford's Cross-Motion for Summary Judgment and reinstating the Plaintiff's LTD benefits, and upon doing so, deny Plaintiff's Cross-Motion for Summary Judgment, grant Hartford's Motion for Summary Judgment, or in the alternative remand Plaintiff's claim to Hartford for further review and determination.

NY/693778v1

Dated:   New York, New York
         April 14, 2011

                                        Respectfully submitted,

                                        _____
                                        MICHAEL H. BERNSTEIN (MB-0579)
                                        MATTHEW P. MAZZOLA (MM-7427)
                                        SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                        Attorneys for Defendant
                                        125 Broad Street, 39th Floor
                                        New York, New York 10004
                                        Telephone: (212) 422-0202

NY/693778v1

## CERTIFICATE OF SERVICE

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF MOTION FOR RECONSIDERATION** was served via Regular Mail on this 14th day of April, 2011, upon the following:

>Harold Skovronsky
>*Attorneys for Plaintiff*
>Law Offices of Harold Skovronsky
>1810 Avenue N
>Brooklyn, New York 11230
>Telephone: (718) 336-8886

Matthew P. Mazzola (MM/7427)

Dated: New York, New York
April 14, 2011

NY/693778v1