**Law offices of**
# Harold Skovronsky

HAROLD SKOVRONSKY J.
CHARLES WEISER

1810 AVENUE N
BROOKLYN, NY 11230
TEL. 718-336-8886
FAX 718-336-8104

<u>By telecopier ((212) 805-7924)</u>

April 29, 2011

**MEMO ENDORSED**

To:   Honorable Sidney H. Stein
      United States District Judge

Re:   SPIEGEL – v – HARTFORD LIFE
      09-CIV-10581

Honorable Judge Stein:

Subsequent to the Court's granting summary judgment to my client, the plaintiff, the defendant moved for reconsideration. The defendant's motion papers were delivered to my office on the Passover holiday. I had been away from the office for religious observance. In order to avoid the possibility of running afoul of the time limitations set forth in the Local Rules, I ask leave of the Court to serve and file plaintiff's opposing papers on or before May 6, 2011. I have obtained the consent of defendant's counsel in this connection. *Any reply is due May 27, 2011.*

Thank you for Your Honor's attention.

Very truly yours,

Harold Skovronsky

HS:bs
cc(by fax): Michael H. Bernstein, Esq.
            Attorney for defendant

SO ORDERED 4/29/11

SIDNEY H. STEIN
U.S.D.J.