UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

LAURENCE SPIEGEL,
                    Plaintiff,

Case No. 09-CIV-10581 (SHS)

-against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,     Defendant.
-----------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

MICHAEL H. BERNSTEIN
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB-0579    My State Bar Number is 2104347

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick, Detert, Moran & Arnold, LLP
                 FIRM ADDRESS: 125 Broad Street, 39th FL, New York, NY 10004
                 FIRM TELEPHONE NUMBER: (212) 422-0202
                 FIRM FAX NUMBER: (212) 422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
                 FIRM ADDRESS: 125 Broad Street, 39th FL, New York, NY 10004
                 FIRM TELEPHONE NUMBER: (212) 422-0202
                 FIRM FAX NUMBER: (212) 422-0925

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 27, 2011                /s/ Michael H. Bernstein
                                      ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served by **ECF** on April 27, 2011, upon the following:

Harold Skavronsky, Esq.
Law Offices of Harold Skovronsky
1810 Avenue N
Brooklyn NY 11230
Tel: (718) 336-8886
Fax: (718) 336-8104
*Attorney for Plaintiff*

/s/ _____
MICHAEL H. BERNSTEIN (MB-0579)

NY/698753v1