USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAURENCE SPIEGEL,                                  Civil Action No.: 09 Civ. 10581 (SHS)

                     Plaintiff,              **SATISFACTION OF JUDGMENT**

    -against-

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY
                     Defendant.
-----------------------------------------------------------------X

      Whereas, a judgment was entered in the above action on March 31, 2011 in favor of plaintiff Laurence Spiegel ("Spiegel") and against the Hartford Life and Accident Insurance Company ("Hartford") to reinstate Spiegel's Long Term Disability benefits under the Factset Research Systems, Inc. ("FRSI") Group Long Term Disability, Life and Supplemental Life Insurance Employee Welfare Benefit Plan ("Plan") retroactive to September 8, 2008, including an amount of past due benefits under the Plan from September 8, 2008 to January 25, 2012 in the amount of one hundred and twenty six thousand six hundred and eighty five dollars and seventy three cents ($126,685.73), and said judgment thereon having been fully paid and satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
         January 31, 2012

                                      Law Offices of Harold Skovronsky

                                      Harold Skovronsky, Esq

                                      Attorney for Laurence Spiegel
                                      1810 Avenue N
                                      Brooklyn, New York 11230
                                      (718) 336-8886

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF KINGS      )

On the 31st day of January, 2012, before me personally came Harold Skavronsky, to me known and known to be a member of the firm of the Law Offices of Harold Skavronsky, attorneys for Plaintiff Laurence Spiegel in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

                                                                Notary Public

CHARLES WEISER
Notary Public, State of New York
No. 02WE6184504
Qualified in Kings County
Commission Expires April 7, 2012